IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY SNOW,

  Plaintiff,

v.          Civil Action No. 3:14CV552–HEH

CPL. THOMPSON, *et al.*,

  Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On August 20, 2014, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order (ECF No. 6) entered on November 13, 2014, the Court directed Plaintiff to either pay an initial partial filing fee of $10.83 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of this action. Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

            /s/
           Henry E. Hudson
           United States District Judge

Date: Dec 4, 2014
Richmond, Virginia